## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **NANCY BEHRENS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case: 4:23cv181** |
| | ) | |
| | ) | |
| **FIRST STATE BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Nancy Behrens and Defendant First State Bank hereby notify the Court that the Parties have reached settlement and are in the process of completing the settlement agreement and filing dismissal papers. The Parties anticipate filing dismissal papers within 30 days.

1

Dated:  May 22, 2024                       Respectfully submitted,

*/s/ Ronald R. Huff*                       HUNTON ANDREWS KURTH LLP
Ronald R. Huff
ronhuff@gcecisp.com                        */s/ Amber M. Rogers*
Law Office of Ronald R. Huff               Amber M. Rogers (TX Bar No. 24056224)
112 South Crocket Street                    arogers@hunton.com
Sherman, Texas 75090                       Lukas Moffett (TX Bar No.  24116777)
Telephone: (903) 893-1616                  lmoffett@hunton.com
Fax: (903) 813-3265                        Keenan Judge (TX Bar No. 24132060)
                                           kjudge@hunton.com
*Attorney for Plaintiff Nancy Behrens*     1445 Ross Avenue, Suite 3700
                                           Dallas, TX 75202
                                           Telephone: (214) 979-3060
                                           Fax: (214) 880-0011

                                           *Attorneys for Defendant First State Bank*


## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, the foregoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Texas, Sherman Division using the electronic case filing system of the Court, which will transmit a notice of electronic filing to all counsel of record.

*/s/ Amber M. Rogers*
Amber M. Rogers