# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| NANCY BEHRENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case: 4:23cv181 |
| | ) |
| FIRST STATE BANK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice, it is hereby **ORDERED** that this action be dismissed with prejudice in its entirety, and with each party to bear its own attorneys' fees and costs. This is a final judgment, and the Clerk is directed to close this action.

It is hereby **ORDERED** that Plaintiff's claims against Defendant First State Bank are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 8th day of June, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE